1 DAVID L. ANDERSON (CABN 149604)
United States Attorney

2

3 HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

4 BARBARA J. VALLIERE (DCBN 439353)
Assistant United States Attorney

5
    450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102-3495
    Telephone: (415) 436-7039
7     FAX: (415) 436-7234
    barbara.valliere@usdoj.gov

8
Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. 19-CR00535 RS |
|---|---|
| Plaintiff, | ) **DETENTION ORDER** |
| v. | ) |
| RISTIR TREJO, | ) |
| Defendant. | ) |

On October 17, 2019, defendant Ristir Trejo was charged by Indictment with one count of distribution of cocaine base, four counts of possession with the intent to distribute heroin, two counts of possession with the intent to distribute fentanyl, and one count of possession with the intent to distribute cocaine base, all in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

This matter came before the Court on November 1, 2019, for a detention hearing. The defendant was present and represented by Assistant Federal Public Defender Jodi Linker. Assistant United States Attorney Barbara J. Valliere appeared for the government. The government moved for detention, and the defendant opposed. At the hearing, counsel submitted proffers and arguments regarding detention.

Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, the Court finds by a preponderance of the evidence that no condition or combination of

1

conditions will reasonably assure the appearance of the person as required. Accordingly, the defendant must be detained pending trial in this matter.

The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons as required by Title 18, United States Code, Section 3142(i)(1). As noted on the record, the Court makes the following findings as the bases for its conclusion: defendant's failures to appear for state court proceedings resulting in the issuance of three bench warrants, and the defendant's failure to abide by the state court's orders that he stay away from the Tenderloin. This finding is made without prejudice to the defendant's right to seek review of defendant's detention, or file a motion for reconsideration if circumstances warrant it.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED: November 4, 2019

_____
HONORABLE SALLIE KIM
United States Magistrate Judge